904

No. 1236. DELONEY ET UX. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Charles B. Evins, R. Eugene Pincham,* and *Earl E. Strayhorn* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States. ▮.

No. 1239. CITIZENS BANK OF HATTIESBURG ET AL. *v.* CAMP, COMPTROLLER OF THE CURRENCY. C. A. 5th Cir. Certiorari denied. *M. M. Roberts* for petitioners. *Solicitor General Griswold* for respondent. ▮▮.

No. 1243. LOCAL 138, INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *William J. Corcoran* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Leonard M. Wagman* for respondent. ▮.

No. 1247. 931 EAST BOULEVARD CO. *v.* CITY OF CLEVELAND ET AL. Sup. Ct. Ohio. Certiorari denied. *Bernard A. Berkman, Larry S. Gordon, Joshua J. Kancelbaum,* and *Gerald A. Messerman* for petitioner. *David A. Nelson* for respondents White Motor Corp. et al., and *Edward D. Crocker* for respondent Eaton Manufacturing Co.

No. 1254. ROANOKE IRON & BRIDGE WORKS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied. *R. D. Douglas, Jr.,* and *Bartholomew Diggins* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent. ▮.